1 ADAM PAUL LAXALT
    Attorney General
2 JOSHUA HALEN, Bar No. 13885
    Deputy Attorney General
3 State of Nevada
  Bureau of Litigation
4 Public Safety Division
  100 N. Carson Street
5 Carson City, Nevada 89701-4717
  Tel: (775) 684-1209
6 E-mail: jhalen@ag.nv.gov

7 *Attorneys for Defendant Richard Snyder*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD DELONEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICHARD SNYDER, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-00732-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Donald Deloney, appearing *pro se*, and Defendant Richard Snyder, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 19 day of January, 2018.

By: _____
DONALD DELONEY
*Plaintiff, Pro Se*

DATED this 23rd day of January, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED this 23rd day of January, 2018.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 23rd day of January 2018, I caused to be served electronically via the CM/ECF, the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Donald Deloney #1028279
c/o NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Benny Hardt
An employee of the Office
of the Attorney General